**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6376**

———————

DAVID BRIGHTWELL,

                          Petitioner - Appellant,

    versus

RONALD HUTCHINSON, Warden, Maryland House of
Corrections; ATTORNEY GENERAL OF THE STATE OF
MARYLAND,

                          Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Deborah K. Chasanow, District Judge. (CA-
02-2539-DKC)

———————

Submitted: July 8, 2003           Decided: July 23, 2003

———————

Before WIDENER, WILKINSON, and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

David Brightwell, Appellant Pro Se. Ann Norman Bosse, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Brightwell seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that Brightwell has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, 537 U.S. 322 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2